UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JUNWEI HUANG,

Plaintiff,

v.

JUDGMENT
26-cv-1582 (OEM)

MARKWAYNE MULLIN, Secretary, Department of Homeland Security, JOSEPH B. ELDOW, Director, U.S. Citizenship and Immigration Services, CARRIE M. SELBY, Associate Director, USCIS, TODD BLANCHE, Acting Attorney General, U.S. Department of Justice,

Defendants.
-------------------------------------------------------------X

An Order of the Honorable Orelia E. Merchant, United States District Judge, having been filed on July 9, 2026, dismissing plaintiff's claim for lack of subject matter jurisdiction; it is

ORDERED and ADJUDGED that judgment is entered in favor of Defendants.

Dated: Brooklyn, New York
July 9, 2026

Brenna B. Mahoney
Clerk of Court

By: _/s/Jalitza Poveda_
Deputy Clerk